FORM 13

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York  10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by <u>Jeffrey M. Winton</u> on behalf of <u>SeAH Steel VINA Corporation</u> in the matter of <u>SeAH Steel VINA Corporation v. United States</u>, Court No. <u>23-00257</u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   <u>SeAH Steel VINA Corporation ("SeAH VINA") is a wholly-owned subsidiary of SeAH Steel International, which is a subsidiary of SeAH Steel Holdings Corporation, a publicly-traded Korean company.  Additionally, both SeAH VINA and SeAH Steel Holdings Corporation are members of the SeAH Steel Group, which is a loosely affiliated collection of manufacturing and other companies that share some common ownership interest.  In addition to SeAH Steel Holdings Corporation, the publicly traded members of the SeAH Steel Group are (1) SeAH Holdings Corporation, (2) SeAH Steel Corporation, (3) SeAH Besteel Holdings Corporation, and (4) SeAH Special Steel.</u>

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
   Not Applicable

| /s/Jeffrey M. Winton | December 6, 2023 |
|---|---|
| (Signature of Attorney) | (Date) |

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)

FORM 13

## INSTRUCTIONS FOR USE

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST*

1. When a corporation is a party to any action, the attorney for the party shall notify the clerk of the court in writing of the identity of all publicly-owned companies owned by the party, any publicly-held company that has a 10% or greater ownership interest in the entity and any publicly-owned affiliate of the entity and the relationship between the party and each identified company.

2. The attorney for the party on whose behalf the form is filed shall, in addition to the information required in paragraph 1, notify the clerk of the court in writing of the identity of the real party in interest if different from the named party.

3. When a trade association is a party to an action, the attorney for the trade association shall notify the clerk of the court in writing of the identity of each publicly-owned member of the trade association.

4. The notification required of a corporate party or trade association also shall be made by the attorney for any corporation or trade association seeking to intervene, or appear as *amicus curiae*, in any action.

5. The required notification shall be made on a Disclosure Statement form (on the reverse) to be provided by the clerk of the court when the first pleading or other paper is filed by a party or when a motion to intervene or appear as *amicus curiae* is filed. In accordance with Rule 3(i), if any the information required changes after the form is filed, and before a final judgment is issued, the attorney for the party or *amicus curiae* must promptly file an amended form.

*See generally: 28 U.S.C. § 455.