## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

|  |  |
|---|---|
| SEAH STEEL VINA CORPORATION, | ) |
| Plaintiff, | ) |
| v. | )     Court No. 23-00257 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| BULL MOOSE TUBE COMPANY, *et al.*, | ) |
| Defendant-Intervenors. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as "of counsel" for defendant, the United States, in this action and requests that all papers be served on him.  The individual attorney in the Government, who is responsible for the litigation, is Tate Nathan Walker.

Dated:  April 24, 2026

s/Charlie Chung
Charlie Chung
Attorney
Office of the Chief Counsel
 for Trade Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue N.W.
Washington, D.C. 20230
Tel:  (202) 482-6297
Email:  charlie.chung@trade.gov