

**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

April 30, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:    Redetermination Pursuant to Court Remand Order in
       *SeAH Steel VINA Corporation v. United States*, Court No. 23-00257

Dear Ms. Justice:

Pursuant to the Court's orders of December 16, 2025, and March 10, 2026, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action. The remand redetermination is a public document.

In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (202) 482-6297.

Respectfully submitted,

/s Charlie Chung
Charlie Chung
Attorney
Office of the Chief Counsel
 for Trade Enforcement & Compliance

Attachment

Ms. Gina Justice
April 30, 2026
Page 2


cc:

**Tate Nathan Walker**
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 307-0163
Email: tate.walker@usdoj.gov

**Jeffrey Michael Winton**
Winton & Chapman PLLC
1100 13th Street, NW
Suite 825
Washington, DC 20005
(202) 774-5503
Email: jwinton@winton.law

**Roger Brian Schagrin**
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email: rschagrin@schagrinassociates.com

**Alan Hayden Price**
Wiley Rein, LLP
2050 M Street, NW.
Washington, DC 20036
(202) 719-3375
Fax: (202) 719-7049
Email: aprice@wiley.law